UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1456 JMR/SRN

| | | |
|---|---|---|
| CURTIS N. HELD, Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| WILLIAM J. HENDERSON, Postmaster General, United States Postal Service, Defendant. | ) | |

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party.

Dated: February 15, 2001

JAMES M. ROSENBAUM, Judge
United States District Court

FEB 15 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK